Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Eastern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **The Benk Group LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **Emerald Cut Lawn & Landscape** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 1 0 7 6 8 7 8 | |
| **4. Debtor's address** | **Principal place of business** <br><br>**1960 Tapadero Lane** <br>Number  Street <br>**Celina, TX 75009** <br>City  State  ZIP Code <br><br>**Collin** <br>County | **Mailing address, if different from principal place of business** <br><br>Number  Street <br><br>City  State  ZIP Code <br><br>**Location of principal assets, if different from principal place of business** <br><br>**609 E. Pleasant Run Road** <br>Number  Street <br>**Cedar Hill, TX 75104** <br>City  State  ZIP Code |
| **5. Debtor's website (URL)** | **https://emeraldcutlawns.com** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br>☐ Partnership (excluding LLP) <br><br>☐ Other. Specify: _____ | |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page **1**

Debtor __The Benk Group LLC_____  Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5__ __6__ __1__ __7__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ (MM/DD/YYYY) Case number _____
      District _____ When _____ (MM/DD/YYYY) Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When _____ (MM/DD/YYYY)
      Case number, if known _____

Debtor **The Benk Group LLC**　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　Number　Street<br>　　City　　　　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　☐ 1,000-5,000　☐ 5,001-10,000　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　☑ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   **The Benk Group LLC**   Case number *(if known)*
       Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/13/2025**
       MM/ DD/ YYYY

X  **/s/ Eric Shaffer**    **Eric Shaffer**
Signature of authorized representative of debtor    Printed name

Title   **Managing Member**

**18. Signature of attorney**

X   **/s/ Robert T DeMarco**   Date **01/13/2025**
Signature of attorney for debtor    MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number      Street

**Plano**   **TX**   **75074**
City    State    ZIP Code

**(972) 991-5591**   **robert@demarcomitchell.com**
Contact phone    Email address

**24014543**    **TX**
Bar number    State

Fill in this information to identify the case:

Debtor name: **The Benk Group LLC**

United States Bankruptcy Court for the: **Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Top Tier Capital<br>500 W. Putnam Ave Ste. 400<br>Greenwich, CT 06830 | | Merchant Cash Advance Loan | Disputed<br>Unliquidated | | | $474,030.00 |
| 2 | Artex Telecommunications LLC<br>1960 Tapadero Lane<br>Celina, TX 75009 | | Money Loaned | | | | $335,510.04 |
| 3 | Overton Funding LLC<br>2802 N. 29th Ave.<br>Hollywood, FL 33020 | | Merchant Cash Advance Loan | Disputed<br>Unliquidated | | | $200,750.00 |
| 4 | SQ Advance<br>7901 4th St. N. Ste. 300<br>Saint Petersburg, FL 33702 | | Merchant Cash Advance Loan | Disputed<br>Unliquidated | | | $193,528.15 |
| 5 | Black Book Ventures LLC<br>20005 Trinity Oaks Road<br>Weatherford, TX 76087 | | merchant loan | Disputed<br>Unliquidated | | | $190,896.00 |
| 6 | JP Morgan Chase<br>700 Kansas Lane<br>Monroe, LA 71203 | | Credit Card | | | | $132,553.31 |
| 7 | Rapid Finance<br>4500 East West Highway 6th Floor<br>Bethesda, MD 20814 | | merchant loan | Disputed<br>Unliquidated | | | $119,453.61 |
| 8 | Fundbox Inc<br>5760 Legacy Dr. Ste. B3-535<br>Plano, TX 75024 | | Line of Credit | Disputed<br>Unliquidated | | | $113,628.68 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **The Benk Group LLC**          Case number *(if known)* _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Baypoint Funding, LLC<br>370 Lexington Ave. Ste. 801<br>New York, NY 10017 | | Merchant Cash Advance Loan | Disputed Unliquidated | | | $112,425.00 |
| 10 | Slate Advance<br>15 America Ave Unit 303<br>Lakewood, NJ 08701-4582 | | Merchant Cash Advance Loan | Disputed Unliquidated | | | $95,600.00 |
| 11 | Forest Capital<br>2 University Plz Ste 211<br>Hackensack, NJ 07601-6202 | | Merchant Cash Advance Loan | Disputed Unliquidated | | | $91,258.34 |
| 12 | Eric & Kirsten Shaffer<br>1960 Tapadero Lane<br>Celina, TX 75009 | | shareholders loan | | | | $78,050.51 |
| 13 | Regions Bank<br>d/b/a Ascentium Capital<br>23970 Hwy. 59 N<br>Kingwood, TX 77339 | | merchant loan | | | | $73,441.00 |
| 14 | Smart Business<br>366 N. Broadway<br>Jericho, NY 11753 | | | Disputed Unliquidated | | | $69,219.00 |
| 15 | Grover Capital LLC<br>1614 E. 31st St.<br>Brooklyn, NY 11234 | | merchant loan | Disputed Unliquidated | | | $55,445.48 |
| 16 | Newtek Small Business Finance, Inc.<br>1981 Marcus Ave. Ste. 130<br>New Hyde Park, NY 11042 | | merchant loan | Disputed Unliquidated | | | $49,388.52 |
| 17 | DLP Funding LLC<br>447 Broadway 2nd Fl Unit 804<br>New York, NY 10013 | | Merchant Cash Advance Loan | Disputed Unliquidated | | | $36,790.89 |
| 18 | Oakwood Business Funding<br>633-699 NE 167th St #814<br>Miami, FL 33162 | | Merchant cash loan | Disputed Unliquidated | | | $34,750.00 |
| 19 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | credit card | | | | $32,659.03 |
| 20 | American Express<br>Attn: Express Remittance Processing<br>20500 Belshaw Ave.<br>Carson, CA 90746 | | Line of Credit | | | | $30,737.79 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Fill in this information to identify the case:

Debtor name __**The Benk Group LLC**__

United States Bankruptcy Court for the: __**Eastern District of Texas**__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __**List of Equity Security Holders**__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**01/13/2025**__
          MM/ DD/ YYYY

X __/s/ Eric Shaffer__
Signature of individual signing on behalf of debtor

__**Eric Shaffer**__
Printed name

__**Managing Member**__
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Ally
PO Box 380902
Minneapolis, MN 55438

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
Attn: Express Remittance Processing
20500 Belshaw Ave.
Carson, CA 90746

Artex Telecommunications LLC
1960 Tapadero Lane
Celina, TX 75009

Attorney General of Texas
OAG/CSD/Mail Code 38
PO Box 12017
Austin, TX 78711-2017

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Balboa Capital Corp.
575 Anton Blvd. 12th fl
Costa Mesa, CA 92626

Balboa Capital/Ameris Bank
575 Anton Blvd. Ste. 1080
Costa Mesa, CA 92626

Baypoint Funding, LLC
370 Lexington Ave. Ste. 801
New York, NY 10017

Black Book Ventures LLC
20005 Trinity Oaks Road
Weatherford, TX 76087

Capital on Tap
215 S. State St. Ste. 1000

Citi Advantage
PO Box Box 6500
Sioux Falls, SD 57117

DLP Funding LLC
447 Broadway 2nd Fl Unit 804
New York, NY 10013

Emerald Cut Lawn and
Landscape Inc
609 E. Pleasant Run Rd.
Cedar Hill, TX 75104

Eric & Kirsten Shaffer
1960 Tapadero Lane
Celina, TX 75009

First Internet Bank of Indiana
11201 USA Parkway
Fishers, IN 46037

First National Bank of Omaha
1620 Dodge St.
Omaha, NE 68197

Forest Capital
2 University Plz Ste 211
Hackensack, NJ 07601-6202

Fundbox Inc
5760 Legacy Dr. Ste. B3-535
Plano, TX 75024

Grover Capital LLC
1614 E. 31st St.
Brooklyn, NY 11234

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service -
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jacob Z. Weinstein
420 Central Ave. Ste. 301
Cedarhurst, NY 11516

JP Morgan Chase
700 Kansas Lane
Monroe, LA 71203

Newtek Small Business
Finance, Inc.
1981 Marcus Ave. Ste. 130
New Hyde Park, NY 11042

Nomas Recovery LLC
Josh Weinstein
270 Avenida Muñoz Rivera suite 310
San Juan, PR 00918

Oakwood Business Funding
633-699 NE 167th St #814
Miami, FL 33162

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States
Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Overton Funding LLC
2802 N. 29th Ave.
Hollywood, FL 33020

Paypal Loan Builder
2211 N. 1st St
San Jose, CA 95131

PNC Equipment Finance
655 Business Center Dr. Suite 250
Horsham, PA 19044

Rapid Finance
4500 East West Highway 6th Floor
Bethesda, MD 20814

Regions Bank
d/b/a Ascentium Capital
23970 Hwy. 59 N
Kingwood, TX 77339

SEC
100 F Street
Washington, DC 20549

Slate Advance
15 America Ave Unit 303
Lakewood, NJ 08701-4582

Smart Business
366 N. Broadway
Jericho, NY 11753

SQ Advance
7901 4th St. N. Ste. 300
Saint Petersburg, FL 33702

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas State Comptroller
PO Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building Tax Dept.
101 E. 15th Sreet
Austin, TX 78778

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

Top Tier Capital
500 W. Putnum Ave Ste. 400
Greenwich, CT 06830

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

U.S. Dept. of HUD
1600 Throckmorton St
Fort Worth, TX 76113

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
4300 Amon Carter Blvd Suite 114
Fort Worth, TX 76155

U.S. Small Business Administration
150 Westpark Way Suite 130
Euless, TX 76040

United States Attorney
110 North College Ave, Ste. 700
Tyler, TX 75702-0204

United States Attorney
110 North College Ave. Ste. 700
Tyler, TX 75702-0204

United States Trustee
110 North College Ave., Ste. 300
Tyler, TX 75702-7231

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE: **The Benk Group LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **01/13/2025**  Signature  **/s/ Eric Shaffer**

Eric Shaffer, Managing Member

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE:  **The Benk Group LLC**

DEBTOR(S)

CHAPTER **11**

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Eric Shaffer** 1960 Tapadero Lane Celina, TX 75009 | Managing member | | 49 |
| **Kirsten Shaffer** 1960 Tapadero Lane Celina, TX 75009 | Member | | 51 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **01/13/2025**

Signature: **/s/ Eric Shaffer**

*Eric Shaffer, Managing Member*