**Fill in this information to identify the case:**

Debtor Name  **The Benk Group LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Texas** _____
(State)

Case number (If known): **25-40100**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **American National Bank of Texas** | **Checking account** | **6 2 3 0** | **$32,925.01** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$32,925.01**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

Debtor     **The Benk Group LLC**

Name                                                       Case number *(if known)* **25-40100**

---

7.2 _____                    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1 _____           _____

      8.2 _____           _____

9.    **Total of Part 2**                                             ┌─────────────┐
                                                                      │             │
      Add lines 7 through 8. Copy the total to line 81.               └─────────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.

      ☑ Yes. Fill in the information below.

                                                                      **Current value of
                                                                      debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:    **$154,948.40**  -  **unknown**  =..... ➡        **$154,948.40**

                                   face amount          doubtful or uncollectible accounts

      11b. Over 90 days old:       **$30,252.92**   -  **$30,252.92**  =..... ➡      **$30,252.92**

                                   face amount          doubtful or uncollectible accounts

12.   **Total of Part 3**                                             ┌─────────────┐
                                                                      │ **$185,201.32** │
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.  └─────────────┘

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.

      ☐ Yes. Fill in the information below.

                                                          **Valuation method used      Current value of
                                                          for current value            debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1 _____        _____     _____

      14.2 _____        _____     _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                               % of
                                                    ownership:

      15.1. _____   _____    _____     _____

      15.2. _____   _____    _____     _____

---

Debtor    **The Benk Group LLC**

Name

Case number *(if known)* __25-40100__

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **The Benk Group LLC**

Name

Case number *(if known)* 25-40100

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor   **The Benk Group LLC**

Name

Case number *(if known)* **25-40100**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **6 Desks** | **unknown** | | **$1,500.00** |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **5 desk computers** | **unknown** | | **$3,000.00** |
| **4 laptop computers** | **unknown** | | **$1,800.00** |
| **3 printers** | **unknown** | | **$300.00** |
| **7 desk phones** | **unknown** | | **$140.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | **$6,740.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2017 Chevrolet Colorado Z71** / VIN: 1GCGSDENXH1325779 **Fair** | **unknown** | | **$24,450.00** |

Debtor   **The Benk Group LLC**

Name                                                    Case number *(if known)* **25-40100**

---

| | | |
|---|---|---|
| 47.2 **2019 Chevrolet Silverado 2500 HD** / VIN: **1GC1KREY9KF101989** Fair | unknown | $41,175.00 |
| 47.3 **2020 Izuzu NPR-HD** / VIN: **54DC4W1D5LS207333** Fair | unknown | $31,713.00 |
| 47.4 **2006 Isuzu NPR** / VIN: **JALB4B16567024966** Fair | unknown | $11,100.00 |
| 47.5 **2010 Chevrolet Silverado** / VIN: **1GC4CVBGXAF152172** Good | unknown | $16,513.00 |
| 47.6 **2012 Chevrolet 2500** / VIN: **1GB1CVCG1CF164350** Fair | unknown | $12,795.00 |
| 47.7 **2011 Isuzu NPR ECO MA** / VIN: **JALB4W172B7401358** Fair | unknown | $15,363.00 |
| 47.8 **2011 Isuzu NPR ECO MA** / VIN: **JALB4W174B7401197** Fair | unknown | $10,363.00 |
| 47.9 **2008 Chevrolet W4B042** / VIN: **4KBB4B1U38J801025** | unknown | $13,169.00 |
| 47.10 **2006 Ford LCF** / VIN: **3FRLL45ZX6V178780** Fair | unknown | $5,000.00 |
| 47.11 **2016 Ford F250** / VIN: **1FT7W2B68GEB74681** Fair | unknown | $26,100.00 |
| 47.12 **2000 Chevrolet Express** / VIN: **1GBJG31R0Y1226452** Fair | unknown | unknown |
| 47.13 **1996 GMC C Series/Topkick** / VIN: **1GDJ7H1P5TJ500725** poor | unknown | unknown |
| 47.14 **1998 GMC Savanna** / VIN: **1GDHG31R5W1024466** fair | unknown | $1,500.00 |
| 47.15 **2010 Chevrolet Siverado** / VIN: **1GC4CVBGXAF152172** good | unknown | unknown |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | |
|---|---|---|
| 48.1 **2004 shop built utility trailer** / VIN: **14YZYR000** Fair | unknown | $7,500.00 |
| 48.2 **2010 Top Hat Industries utility Trailer** / VIN: **4R7BD1424AT100233** fair | unknown | $9,250.00 |
| 48.3 **2000 Big Tex 14ft trailerr** / VIN: **4K8PX1428Y1358863** Fair | unknown | $15,000.00 |
| 48.4 **2000 International 4500 4700 LPX 80 In Wide Steel cab** / VIN: **1HTSMABM7YH251634** Fair | unknown | $8,300.00 |
| 48.5 **2007 Diamond C 16ft Tandem Trailer** / VIN: **46UFU162271108869** Fair | unknown | $4,425.00 |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | | | |
| 49.2 | | | |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

---

Debtor    **The Benk Group LLC**

Name

Case number *(if known)* **25-40100**

| | | |
|---|---|---|
| **2023 Bobcat Bobcat T450-B4RG13279& Bobcat E35 Excavator Mini B57916766** | unknown | $65,000.00 |
| **Champion 100424 Gasoline Portable 37 Ton Log Splitter and Southland SL714-14KHS Dump Utility Trailer** | unknown | unknown |
| **10 Air blowers** | unknown | $5,056.00 |
| **9 chainsaws** | unknown | $2,977.94 |
| **3 Metal Edgers** | unknown | $1,219.97 |
| **8 String edgers** | unknown | $2,700.00 |
| **7Wheel Edgers** | unknown | $2,050.00 |
| **Disc Edger** | unknown | $500.00 |
| **9 Hedge trimmers** | unknown | $2,275.00 |
| **2 Flex Hedge Trimmers** | unknown | $700.00 |
| **2 Extended Flex Hedge Trimmers** | unknown | $800.00 |
| **5 extended Hedge Trimmers** | unknown | $2,350.00 |
| **Concrete Cutters** | unknown | $600.00 |
| **2 Augers** | unknown | $200.00 |
| **2 spray pumps** | unknown | $200.00 |
| **Air blower sprayer** | unknown | $300.00 |
| **7 riding lawn mowers** | unknown | $35,000.00 |
| **7 push mowers** | unknown | $11,100.00 |
| **4 roto tillers** | unknown | $2,228.89 |
| **Stump grinder** | unknown | $5,000.00 |
| **Toro Dumper** | unknown | $2,495.00 |
| **Spreader cart** | unknown | $5,000.00 |
| **Turf Aerator** | unknown | $1,200.00 |
| **log splitter** | unknown | $1,200.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    | $403,868.80 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---|---|

Debtor    **The Benk Group LLC**    Case number *(if known)* 25-40100
_____
Name

---

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Building** / 609 E. Pleasant run Road<br>**Cedar Hill, TX 75104** | **Fee Simple** | **unknown** | | **$470,240.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $470,240.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

---

Debtor    **The Benk Group LLC**                                          Case number (if known) **25-40100**
                Name

| | |
|---|---|

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ − _____ = ➜    _____
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____                          _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

Debtor      **The Benk Group LLC**
            Name                                                    Case number *(if known)* **25-40100**

---

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 12:**     Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $32,925.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $185,201.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,740.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $403,868.80 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................ ➡ | | $470,240.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............................91a. | $628,735.13 | + 91b.  $470,240.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... | | $1,098,975.13 |

---

Fill in this information to identify the case:

Debtor name __**The Benk Group LLC**__

United States Bankruptcy Court for the: __**Eastern**__    District of __**Texas**__
(State)

Case number (if known): __**25-40100**__

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| **Ally** | 2017 Chevrolet Colorado Z71 | **$28,407.96** | **$24,450.00** |

**Creditor's mailing address**

**PO Box 380902**

**Minneapolis, MN 55438**

**Describe the lien**

2017 Chevrolet Colorado Z71

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** __7/27/2023__

**Last 4 digits of account number** __8  9  6  0__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** 55 monthly payments remaining on note.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,299,642.55**

Debtor    **The Benk Group LLC**
_____    Case number (if known)  **25-40100**  _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** Creditor's name

**Ally**
_____

**Creditor's mailing address**

**PO Box 380902**
_____

**Minneapolis, MN 55438**
_____

**Creditor's email address, if known**

_____

Date debt was incurred        **6/27.200**

Last 4 digits of account        **5  7  1  1**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet Silverado 2500 HD                    **$37,335.52**        **$41,175.00**

**Describe the lien**

**2019 Chevrolet Silverado 2500 HD**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **The Benk Group LLC** | Case number (if known) __25-40100__ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.3** **Creditor's name**

**Balboa Capital Corp.**

**Creditor's mailing address**

**575 Anton Blvd. 12th fl**

**Costa Mesa, CA 92626**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **12/26/2023**

**Last 4 digits of account number**    **7 0 0 0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Champion 100424 Gasoline Portable 37 Ton Log Splitter and Southland SL714-14KHS Dump Utility Trailer

**Describe the lien**

**Champion 100424 Portable 37 ton Log Splitter and Southland Sl714 4KHS Dump Utility Trailer**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$8,798.19**    **unknown**

Debtor    **The Benk Group LLC**                                          Case number (if known) __25-40100__
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** Creditor's name

**Balboa Capital/Ameris Bank**

Creditor's mailing address

**575 Anton Blvd. Ste. 1080**

**Costa Mesa, CA 92626**

Creditor's email address, if known

_____

Date debt was incurred          **5/10/2024**

Last 4 digits of account          **7  0  0  2**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 53 monthly payments left on note.

Describe debtor's property that is subject to a lien

2020 Izuzu NPR-HD

Describe the lien

**2020 Izuzu NPR-HD**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$48,753.49**          **$31,713.00**

Debtor  **The Benk Group LLC**
Name                                                              Case number (if known)  **25-40100**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**First Internet Bank of Indiana**

**Creditor's mailing address**

**11201 USA Parkway**

**Fishers, IN 46037**

**Creditor's email address, if known**

_____

Date debt was incurred       **7/31/2021**

Last 4 digits of account      **9   1   0   2**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** SBA loan

**Describe debtor's property that is subject to a lien**

Building

**Describe the lien**

**Office Building**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,098,968.68     $470,240.00

Debtor  **The Benk Group LLC**

Name                                                           Case number (if known) __25-40100__

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6**  **Creditor's name**

**PNC Equipment Finance**

**Creditor's mailing address**

**655 Business Center Dr. Suite 250**

**Horsham, PA 19044**

**Creditor's email address, if known**

_____

Date debt was incurred      __12/1/2023__

Last 4 digits of account      __5__ __0__ __8__ __8__
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 48 monthly payments left on note.

**Describe debtor's property that is subject to a lien**

2023 Bobcat Bobcat T450-B4RG13279& Bobcat E35 Excavator Mini B57916766

**Describe the lien**

**Bobcat T-450-B4GRG13279 & Bobcat E35 Excavator Mini B57916766**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | Column A | Column B |
|---|---|---|
|  | **$77,378.71** | **$65,000.00** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Benk Group LLC** |
| United States Bankruptcy Court for the: | **Eastern District of Texas** |
| Case number (if known): | **25-40100** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Texas State Comptroller**<br>**PO Box 13528**<br>**Austin, TX 78711**<br><br>**Date or dates debt was incurred**<br>**10/31-11/30/2024**<br><br>**Last 4 digits of account number 8 2 3 1**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>**Sales & Use Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$11,589.80** | **$11,589.80** |
| **2.2** Priority creditor's name and mailing address<br><br><br><br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number ___ ___ ___ ___**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| Debtor | The Benk Group LLC | Case number *(if known)* | 25-40100 |
|---|---|---|---|
| | Name | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express

P.O. Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred _____

Last 4 digits of account number **1  0  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,258.42**

---

**3.2** Nonpriority creditor's name and mailing address

American Express

Attn: Express Remittance Processing

20500 Belshaw Ave.

Carson, CA 90746

Date or dates debt was incurred _____

Last 4 digits of account number **8  3  6  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,737.79**

---

**3.3** Nonpriority creditor's name and mailing address

American Express

P.O. Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred **8/2022-12-2024**

Last 4 digits of account number **2  0  0  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,659.03**

---

**3.4** Nonpriority creditor's name and mailing address

Artex Telecommunications LLC

1960 Tapadero Lane

Celina, TX 75009

Date or dates debt was incurred **12/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset?
☑ No
☐ Yes

**$335,510.04**

| Debtor | The Benk Group LLC | Case number *(if known)* | 25-40100 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Baypoint Funding, LLC**

**370 Lexington Ave. Ste. 801**

**New York, NY 10017**

Date or dates debt was incurred **11/12/2024**

Last 4 digits of account number **6  5  4  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$112,425.00

Basis for the claim: **Merchant Cash Advance Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Black Book Ventures LLC**

**20005 Trinity Oaks Road**

**Weatherford, TX 76087**

Date or dates debt was incurred **12/5/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$190,896.00

Basis for the claim: **merchant loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Capital on Tap**

**215 S. State St. Ste. 1000**



Date or dates debt was incurred _____

Last 4 digits of account number **3  8  9  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

$18,199.48

Basis for the claim: **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Citi Advantage**

**PO Box Box 6500**

**Sioux Falls, SD 57117**

Date or dates debt was incurred **11/2024**

Last 4 digits of account number **9  1  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,972.13

Basis for the claim: **credit card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **The Benk Group LLC**    Case number *(if known)*    **25-40100**
Name

## Part 2: Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,790.89 |
|---|---|---|---|

**DLP Funding LLC**

**447 Broadway 2nd Fl Unit 804**

**New York, NY 10013**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    **10/28/2024**

Last 4 digits of account number    **6  8  7  8**

Basis for the claim:    **Merchant Cash Advance Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Remarks: 8.71% of Receivables

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,050.51 |
|---|---|---|---|

**Eric & Kirsten Shaffer**

**1960 Tapadero Lane**

**Celina, TX 75009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **1/1-12/12/2024**

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    **shareholders loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,304.59 |
|---|---|---|---|

**First National Bank of Omaha**

**1620 Dodge St.**

**Omaha, NE 68197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **6/2024**

Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim:    **credit card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,258.34 |
|---|---|---|---|

**Forest Capital**

**2 University Plz Ste 211**

**Hackensack, NJ 07601-6202**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    **11/19/2024**

Last 4 digits of account number    **6  5  4  0**

Basis for the claim:    **Merchant Cash Advance Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **The Benk Group LLC** | Case number *(if known)* | **25-40100** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Fundbox Inc**

**5760 Legacy Dr. Ste. B3-535**

**Plano, TX 75024**

Date or dates debt was incurred    **12/19/2024**

Last 4 digits of account number    **6  8  7  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

$113,628.68

---

**3.14** Nonpriority creditor's name and mailing address

**Grover Capital LLC**

**1614 E. 31st St.**

**Brooklyn, NY 11234**

Date or dates debt was incurred    

Last 4 digits of account number    **6  8  7  8**

Remarks: 10.61% of Receivables

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **merchant loan**

Is the claim subject to offset?
☑ No
☐ Yes

$55,445.48

---

**3.15** Nonpriority creditor's name and mailing address

**JP Morgan Chase**

**700 Kansas Lane**

**Monroe, LA 71203**

Date or dates debt was incurred    

Last 4 digits of account number    **8  2  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$132,553.31

---

**3.16** Nonpriority creditor's name and mailing address

**Newtek Small Business Finance, Inc.**

**1981 Marcus Ave. Ste. 130**

**New Hyde Park, NY 11042**

Date or dates debt was incurred    **11/21/2024**

Last 4 digits of account number    **5  5  5  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **merchant loan**

Is the claim subject to offset?
☑ No
☐ Yes

$49,388.52

---

| Debtor | The Benk Group LLC | Case number *(if known)* | 25-40100 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

**Oakwood Business Funding**

**633-699 NE 167th St #814**
**Miami, FL 33162**

Date or dates debt was incurred   **11/22/2024**

Last 4 digits of account number   **6  8  7  8**

Remarks: 3.66% of Receivables

As of the petition filing date, the claim is:   **$34,750.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant cash loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Overton Funding LLC**

**2802 N. 29th Ave.**
**Hollywood, FL 33020**

Date or dates debt was incurred   **12/11/2024**

Last 4 digits of account number   **6  5  4  0**

Remarks: 9 % of Receivables

As of the petition filing date, the claim is:   **$200,750.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Paypal Loan Builder**

**2211 N. 1st St**
**San Jose, CA 95131**

Date or dates debt was incurred   **12/20/2024**

Last 4 digits of account number   **9  5  8  6**

As of the petition filing date, the claim is:   **$15,774.72**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Rapid Finance**

**4500 East West Highway 6th Floor**
**Bethesda, MD 20814**

Date or dates debt was incurred   **4/17/2024**

Last 4 digits of account number   **0  4  7  1**

As of the petition filing date, the claim is:   **$119,453.61**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **merchant loan**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **The Benk Group LLC** | Case number *(if known)* | **25-40100** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.21**

Nonpriority creditor's name and mailing address

**Regions Bank**

**d/b/a Ascentium Capital**

**23970 Hwy. 59 N**

**Kingwood, TX 77339**

Date or dates debt was incurred    **12/17/2024**

Last 4 digits of account number    **5  0  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **merchant loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$73,441.00**

---

**3.22**

Nonpriority creditor's name and mailing address

**Slate Advance**

**15 America Ave Unit 303**

**Lakewood, NJ 08701-4582**

Date or dates debt was incurred    **11/7/2024**

Last 4 digits of account number    **6  8  7  8**

Remarks: 25% of Receivables

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$95,600.00**

---

**3.23**

Nonpriority creditor's name and mailing address

**Smart Business**

**366 N. Broadway**

**Jericho, NY 11753**

Date or dates debt was incurred    **10/30/2024**

Last 4 digits of account number    __ __ __ __

Remarks: 5.91%

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$69,219.00**

---

**3.24**

Nonpriority creditor's name and mailing address

**SQ Advance**

**7901 4th St. N. Ste. 300**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred    **12/10/2024**

Last 4 digits of account number    **6  8  7  8**

Remarks: 14% of receivables

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Merchant Cash Advance Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$193,528.15**

---

| Debtor | **The Benk Group LLC** | Case number *(if known)* | **25-40100** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">Part 2:</span> Additional Page

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $474,030.00 |
| | **Top Tier Capital** | *Check all that apply.* |
| | | ☐ Contingent |
| | **500 W. Putnum Ave Ste. 400** | ☑ Unliquidated |
| | **Greenwich, CT 06830** | ☑ Disputed |
| | | **Merchant Cash** |
| | **Date or dates debt was incurred**    12/2/2024 | **Basis for the claim:** **Advance Loan** |
| | **Last 4 digits of account number**    6 8 7 8 | **Is the claim subject to offset?** |
| | | ☑ No |
| | **Remarks:** 39% of Receivables | ☐ Yes |

| Debtor | **The Benk Group LLC** | Case number *(if known)* | **25-40100** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 3:</div> List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**    **Jacob Z. Weinstein**<br>**420 Central Ave. Ste. 301**<br>**Cedarhurst, NY 11516** | Line **3.9**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**    **Nomas Recovery LLC**<br>**Josh Weinstein**<br>**270 Avenida Muñoz Rivera suite 310**<br>**San Juan, PR 00918** | Line **3.18**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | **The Benk Group LLC** | Case number *(if known)* | **25-40100** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white">Part 4:</td><td colspan="2">Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$11,589.80** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,601,624.69** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,613,214.49** |

Fill in this information to identify the case:

Debtor name **The Benk Group LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known):  **25-40100**    Chapter **11**

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name __**The Benk Group LLC**__

United States Bankruptcy Court for the: __**Eastern**__ District of __**Texas**__
(State)

Case number (If known): __**25-40100**__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1 Artex Telecommunications LLC** | **1960 Tapadero Lane**<br>Street<br><br>**Celina, TX 75009**<br>City    State    ZIP Code | **Oakwood Business Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Slate Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **Forest Capital** | ☐ D  ☑ E/F  ☐ G |
| | | **Overton Funding LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Baypoint Funding, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | **Smart Business** | ☐ D  ☑ E/F  ☐ G |
| **2.2 Emerald Cut Lawn and Landscape Inc** | **609 E. Pleasant Run Rd.**<br>Street<br><br>**Cedar Hill, TX 75104**<br>City    State    ZIP Code | **Smart Business** | ☐ D  ☑ E/F  ☐ G |

Debtor    **The Benk Group LLC**                                    Case number (if known) **25-40100**
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name      **The Benk Group LLC**

United States Bankruptcy Court for the:

     **Eastern District of Texas**

Case number (if known):    **25-40100**     Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**   Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*.............................................................................................

     **$470,240.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*.........................................................................................

     **$628,735.13**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*...........................................................................................

     **$1,098,975.13**

**Part 2:**   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

     **$1,299,642.55**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

     **$11,589.80**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

     **+**    **$2,601,624.69**

4. **Total liabilities**............................................................................................................

     **$3,912,857.04**

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |
| Debtor name      **The Benk Group LLC** |
| United States Bankruptcy Court for the:      **Eastern District of Texas** |
| Case number (if known):      **25-40100** |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/20/2025**      **X** /s/ Eric Shaffer
     MM/ DD/ YYYY      Signature of individual signing on behalf of debtor

         **Eric Shaffer**
         Printed name

         **Managing Member**
         Position or relationship to debtor