# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| The Benk Group LLC § | Case No. 25-40100 |
| 1960 Tapadero Lane § | |
| Celina, TX 75009 § | Chapter 11 |
| § | |
| Debtor § | |

## AGREED ORDER GRANTING MOTION TO DISMISS (DOCKET #59)

Came on for consideration the United States Trustee's ("U.S. Trustee") Motion to Dismiss ("Motion")(Docket #59) filed in the above-numbered and captioned bankruptcy case ("Case"). The Court finds that the Motion was properly served. No Objections have been filed. However, the Texas Comptroller (Docket #60) and PNC Bank (Docket #61) have filed Joinders in support of the Motion. This Order therefore represents an "Agreement" between the Debtor, the U.S. Trustee, Texas Comptroller and PNC Bank (Collectively, the "Parties"). The Court approves the Agreement between the Parties. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED. It is further

ORDERED that this Case is DISMISSED.

SO ORDERED AND ADJUDGED.

Signed on 04/15/2025

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

By: _/s/ John Vardeman for Robert DeMarco w/permission TBN 20496260__
Robert DeMarco, III
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251
972-991-5591
Attorney for Debtor, The Benk Group, LLC


By: ___/s/ John Vardeman___
John Vardeman
Trial Attorney, TBN 20496260
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1453
Attorney for Lisa Lambert, the United States Trustee for Region 6


By: _/s/ John Vardeman for Christopher Murphy w/permission TBN 20496260__

CHRISTOPHER S. MURPHY
Assistant Attorney General
Texas State Bar No. 24079031
Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4867
Attorney for Texas Comptroller

By: _/s/ John Vardeman for Jessica Alt w/permission TBN 20496260__
Jessica N. Alt
PADFIELD & STOUT, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: 817-338-1616
Attorney for PNC Bank