**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>THE BENK GROUP LLC<br><br>Debtor | Case No. 25-40100<br>Chapter 7 |

### NOTICE WITHDRAWING TRUSTEE'S MOTION OF
### SUBCHAPTER V TRUSTEE TO VACATE DISMISSAL ORDER

COMES NOW, Mark A. Weisbart, Subchapter V Trustee, and files this *Notice Withdrawing Trustee's Motion of Subchapter V Trustee to Vacate Dismissal Order* withdrawing his *Motion of Subchapter V Trustee to Vacate Dismissal Order* [Dkt #68].

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, TX 75231
(972) 755-7103 Phone/Fax
mweisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 27th day of May 2025.

/s/ Mark A. Weisbart
Mark A. Weisbart

```
Label Matrix for local noticing          Ally Bank c/o AIS Portfolio Services, LLC    Jessica Nicole Alt
0540-4                                   4515 N Santa Fe Ave. Dept. APS               Padfield & Stout, LLP
Case 25-40100                            Oklahoma City, OK 73118-7901                 100 Throckmorton Street
Eastern District of Texas                                                             Suite 700
Sherman                                                                               Fort Worth, TX 76102-2837
Tue May 27 14:51:08 CDT 2025

American Express                         American Express                             Christopher V. Arisco
Attn: Express Remittance Processing      PO Box 981535                                Padfield & Stout, LLP
20500 Belshaw Ave.                       El Paso, TX 79998-1535                       100 Throckmorton Street, Suite 700
Carson, CA 90746-3506                                                                 Fort Worth, TX 76102-2837


Artex Telecommunications LLC             Balboa Capital Corporation                   Baypoint Funding, LLC
1960 Tapadero Lane                       c/o Padfield & Stout, LLP                    370 Lexington Ave. Ste. 801
Celina, TX 75009-0319                    100 Throckmorton Street, Suite 700           New York, NY 10017-6510
                                         Fort Worth, TX 76102-2837


Black Book Ventures LLC                  DLP Funding LLC                              Dallas County
20005 Trinity Oaks Road                  447 Broadway 2nd Fl Unit 804                 Linebarger Goggan Blair & Sampson, LLP
Weatherford, TX 76087                    New York, NY 10013                           c/o John Kendrick Turner
                                                                                      3500 Maple Avenue
                                                                                      Suite 800
                                                                                      Dallas, TX 75219-3959

Robert DeMarco III                       Forest Capital                               (p)FUNDBOX  INC
Robert Demarco                           2 University Plz Ste 211                     300 MONTGOMERY ST
12770 Coit Road                          Hackensack, NJ 07601-6202                    SUITE 900
Suite 850                                                                             SAN FRANCISCO CA 94104-1921
Dallas, TX 75251-1364

Grover Capital LLC                       JP Morgan Chase                              Christopher S. Murphy
1614 E. 31st St.                         700 Kansas Lane                              Texas Attorney General's Office
Brooklyn, NY 11234-4211                  Monroe, LA 71203-4774                        PO Box 12548
                                                                                      Austin, TX 78711-2548


Newtek Bank, National Association        Newtek Small Business Finance, Inc.         Oakwood Business Funding
c/o Matthew T. Taplett, Esq.             1981 Marcus Ave. Ste. 130                    633-699 NE 167th St #814
500 W.7th St., Suite 600                 New Hyde Park, NY 11042-1046                 Miami, FL 33162
Ft Worth, TX 76102-4751


Overton Funding LLC                      PNC Bank, National Association, as successor Mark A. Platt
2802 N. 29th Ave.                        c/o Padfield & Stout, LLP                    Frost Brown Todd LLC
Hollywood, FL 33020-1506                 Christopher V. Arisco                        Rosewood Court
                                         100 Throckmorton Street, Suite 700           2101 Cedar Springs Road
                                         Fort Worth, TX 76102-2837                    Suite 900
                                                                                      Dallas, TX 75201-1867

Rapid Finance                            Regions Bank                                 SQ Advance
4500 East West Highway                   d/b/a Ascentium Capital                      7901 4th St. N. Ste. 300
6th Floor                                23970 Hwy. 59 N                              Saint Petersburg, FL 33702-4399
Bethesda, MD 20814-3327                  Kingwood, TX 77339-1535


Eric & Kirsten Shaffer                   Slate Advance                                (p)ACE  FUNDING SOURCE
1960 Tapadero Lane                       15 America Avenue, Suite 303                 366 N BROADWAY
Celina, TX 75009-0319                    Lakewood, NJ 08701-4582                      JERICHO NY 11753-2025
```

| | | |
|---|---|---|
| Matthew T. Taplett<br>Pope, Hardwick, Christie et. al.<br>500 West 7th St., Suite 600/Unit 9<br>Fort Worth, TX 76102-4995 | Texas Comptroller of Public Accounts, Revenu<br>Christopher Murphy<br>PO Box 12548<br>Austin, TX 78711-2548 | The Benk Group LLC<br>1960 Tapadero Lane<br>Celina, TX 75009-0319 |
| (c)TOP TIER CAPITAL<br>500 W PUTNAM AVE STE 1C<br>GREENWICH CT  06830-2947 | John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3959 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 | Broocks Wilson<br>Wilson PLLC<br>708 Main Street<br>Ste 10th Floor<br>Houston, TX 77002-3246 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fundbox Inc
5760 Legacy Dr. Ste. B3-535
Plano, TX 75024

Smart Business
366 N. Broadway
Jerico, NY 11234

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Top Tier Capital
500 W. Putnum Ave Ste. 400
Greenwich, CT 06830

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Internet Bank of Indiana

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39